**Abatement Order filed October 15, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00063-CR
_____

### LANG YEN NGUYEN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 331st District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-DC-15-500273**

---

## ABATEMENT ORDER

Appellant was convicted of continuous sexual abuse of a child (count 1), two counts of aggravated sexual assault of a child (counts 8 and 9), and two counts of sexual assault of a child (counts 2 and 3). Appellant filed a notice of appeal for the cause, which includes five judgments of conviction. Appellant's appointed counsel Kenneth G. Mahaffey filed a single brief on appeal, which challenged count 1, the conviction for continuous sexual abuse of a child. Appellant did not raise any issues challenging the convictions for aggravated sexual assault of a child or sexual assault

of a child (counts 2, 3, 8, and 9).

Because Mahaffey has not raised any issues challenging the convictions for aggravated sexual assault of a child or sexual assault of a child, or otherwise followed the procedures set forth in *Anders v. California*, 386 U.S. 738, 742–44 (1967), absent a prior agreement between appellant and Mahaffey to only appeal count 1, Mahaffey has deprived appellant of effective assistance of counsel. No such agreement is part of the appellate record. If such an agreement exists, then appellant can move to dismiss the appeals of the convictions for aggravated sexual assault of a child and sexual assault of a child (counts 2, 3, 8, and 9). *See* Tex. R. App. P. 42.2(a).

Unless appellant moves to dismiss pursuant to Rule 42.2(a), to provide appellant with effective assistance of counsel on appeal, we ORDER Mahaffey to file an amended brief in compliance with the appellate rules and, if necessary, *Anders*. The motion to dismiss or amended brief is due in this court by **November 8, 2019**.

The appeal is ABATED, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's docket after either a motion to dismiss or the amended brief is filed. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM


Panel consists of Justices Wise, Zimmerer, and Spain.